No. 99–56. GILES v. SONS OF CONFEDERATE VETERANS, INC. C. A. 5th Cir. Certiorari denied.

No. 99–58. HAWKINS ET AL. v. CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–60. RAINEY BROTHERS CONSTRUCTION CO., INC. v. MEMPHIS AND SHELBY COUNTY BOARD OF ADJUSTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–63. VOSBURGH ET AL. v. WELCH ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–64. ADVOCACY ORGANIZATION FOR PATIENTS AND PROVIDERS ET AL. v. AUTO CLUB INSURANCE ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–66. THREADGILL ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

. No. 99–67. SUPER SULKY, INC. v. UNITED STATES TROTTING ASSN. C. A. 6th Cir. Certiorari denied.

No. 99–68. FRANK v. ORANGE COUNTY SOCIAL SERVICES AGENCY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–69. NEMETH ET AL. v. FLORIDA DEPARTMENT OF REVENUE ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–70. BENNETT ET AL. v. CONRAIL MATCHED SAVINGS PLAN ADMINISTRATIVE COMMITTEE ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–72. CHEMINOR DRUGS, LTD., ET AL. v. ETHYL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–73. CRENSHAW v. SHEPARD, CHIEF JUSTICE, SUPREME COURT OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–74. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.